IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
                                                           : CASE NO.  1:12 CV 02739
STEPHANIE L. STEIGERWALD,     :
                                                           :
                                    Plaintiff,  : <u>ORDER ADOPTING THE</u>
                                                           : <u>MAGISTRATE JUDGE'S REPORT AND</u>
                       -vs-               : <u>RECOMMENDATION, VACATING THE</u>
                                                           : <u>COMMISSIONER'S DECISION, AND</u>
                                                           : <u>REMANDING</u>
COMMISSIONER OF SOCIAL       :
SECURITY,                                                :

                                    Defendant.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       On 2 November 2012, Plaintiff Stephanie L. Steigerwald filed a complaint challenging the Commissioner of Social Security's final decision denying her claim for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. This matter was automatically referred to United States Magistrate Judge Greg White pursuant to Local Civil Rule 72.2(b).  In a Report and Recommendation dated 6 September 2013, Magistrate Judge White recommended that the final decision of the Commissioner be vacated and the case remanded. (Doc. 16).

       Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the Report and Recommendation to which a timely objection is made.

In this instance, no objections have been filed. The Court accordingly accepts Magistrate Judge White's recommendation. The Commissioner's decision is vacated, and the case is remanded for further proceedings consistent with the Report and Recommendation.

    IT IS SO ORDERED.

                                    /s/ Lesley Wells
                                  UNITED STATES DISTRICT JUDGE

Date:  23 September 2013